*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CASEY O'NEILL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF PALO ALTO and DOES 1 through 10,<br><br>　　　　　Defendant. | Case No. C05-04515 PVT [E-Filing]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**ADR CERTIFICATION** |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration　　　☐ ENE　　　☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR *(please identify process and provider)*: Mediation – Barbara Kong-Brown

The parties mediated this case before Barbara Kong-Brown on November 9, 2005, and do not believe that further mediation would be productive at this time.

---

(CASE NO. C05-04515 PVT [E-FILING] )　　　　JOINT STIPULATION SELECTING ADR PROCESS

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Dated: 2/8/06

_____
DOUGLAS J. MELTON
Attorney for Plaintiff

Dated: _____

_____
ADAM J. FISS
Attorney for Defendant

IT IS SO ORDERED.
Dated: 02/21/06

_____
UNITED STATES DISTRICT JUDGE

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-05(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 2/8/06

_____
CASEY O'NEILL
Plaintiff

Dated: 2/8/06

_____
DOUGLAS J. MELTON
Attorney for Plaintiff, CASEY O'NEILL

Dated: _____

_____
CITY OF PALO ALTO
Defendant

(CASE NO. C05-04515 PVT [E-FILING])          2.          JOINT STIPULATION SELECTING ADR PROCESS

1
2  Dated: _____
3
DOUGLAS J. MELTON
Attorney for Plaintiff

4
5  Dated: 2/8/06
6
ADAM J. FISS
Attorney for Defendant

7  IT IS SO ORDERED:
8  Dated: _____
9
UNITED STATES DISTRICT JUDGE

10
11  **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**
12
13  Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he
14  or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern
15  District of California," or the specified portions of the ADR Unit's Internet site
16  <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by
17  the court and private entities, and considered whether this case might benefit from any of
18  them.
19  (Note: This Certification must be signed by each party and its counsel.)

20  Dated: _____
21
CASEY O'NEILL
Plaintiff

22  Dated: _____
23
DOUGLAS J. MELTON
Attorney for Plaintiff, CASEY O'NEILL

24
25  Dated: 2/8/06
26
CITY OF PALO ALTO
Defendant
27
28

(CASE NO. C05-04515 PVT [E-FILING])        2.        JOINT STIPULATION SELECTING ADR PROCESS

Dated: 2/8/06

[signature]

ADAM J. FISS
Attorney for Defendant
CITY OF PALO ALTO

Firmwide:80806742.1 045542.1010

(CASE NO. C05-04515 PVT [E-FILING])    3.    JOINT STIPULATION SELECTING ADR PROCESS