DOUGLAS J. MELTON, SBN 16135
dmelton@longlevit.com
LONG & LEVIT
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392

Attorneys for Plaintiff
CASEY O'NEILL

RICHARD C. BOLANOS, SBN 111343
rbolanos@lcwlegal.com
SUZANNE SOLOMON, SBN 169007
ssolomon@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107
Telephone: (415) 512-3000
Facsimile: (415) 856-0306

Attorneys for Defendant
CITY OF PALO ALTO

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY O'NEILL,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF PALO ALTO,<br><br>            Defendant. | Case No. C 05-04515 JW<br><br>STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE AND PRETRIAL DEADLINES DUE TO SETTLEMENT ;<br><br>ORDER TO SHOW CAUSE RE: SETTLEMENT |

    WHEREAS, the parties have reached a settlement in this matter and are in the process of preparing a written settlement agreement;

    WHEREAS, Plaintiff seeks unpaid overtime in this action, pursuant to Title 29 United States Code, sections 201 *et seq.*, the Fair Labor Standards Act, and therefore Court approval is required for a settlement of that claim;

---

STIPULATION AND [PROPOSED] ORDER VACATING PRETRIAL DEADLINES DUE TO SETTLEMENT
CASE NO. C 05 04515 JW

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045

WHEREAS this matter is currently set for trial beginning November 13, 2007, and the Joint Pretrial Conference Statement is due September 28, 2007, and the Final Pretrial Conference is set for 3:00 on October 29, 2007;

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2 and the accompanying Declaration of Suzanne Solomon, by Plaintiff Casey O'Neill and Defendant City of Palo Alto by and through their counsel, that the parties will present the settlement for Court approval on or before October 19, 2007. The parties hereby jointly request an order from the Court that no Pretrial Conference Statement need be filed, and that the November 13, 2007 trial date and the October 29, 2007 Final Pretrial Conference date are vacated.

Stipulated and Agreed:

Dated: September 27, 2007     LONG & LEVIT LLP

                              _____
                              Douglas J. Melton
                              Attorneys for Plaintiff
                              CASEY O'NEILL

Dated: September 27, 2007     LIEBERT CASSIDY WHITMORE

                              _____
                              Richard C. Bolanos
                              Suzanne Solomon
                              Attorneys for Defendant
                              CITY OF PALO ALTO

///

STIPULATION AND [PROPOSED] ORDER VACATING PRETRIAL DEADLINES DUE TO SETTLEMENT
CASE NO. C 05 04515 JW

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045

**ORDER TO SHOW CAUSE RE: SETTLEMENT**

In light of the settlement, the Court vacates all trial and pretrial dates. On or before **October 29, 2007**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **November 5, 2007 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **October 29, 2007**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Dated: October 4, 2007

_____
JAMES WARE
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER VACATING PRETRIAL DEADLINES DUE TO SETTLEMENT
CASE NO. C 05 04515 JW

3